**SEALED**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 11 2018 ★

BROOKLYN OFFICE

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the Eastern DISTRICT OF New York

**18 CRIM 892**

UNITED STATES OF AMERICA

V.

JORGE ARIAS

CRIMINAL NUMBER:

17-36 (RRM)

Consent to Transfer of Case for ~~Plea and~~ Sentence
*(Under Rule 20)*

I, JORGE ARIAS, defendant, have been informed that an ~~(indictment, information, complaint)~~ is pending against me in the above designated cause. I ~~wish to plead~~ having pleaded guilty to the offense charged, ~~to~~ consent to the disposition of the case in the Southern District of New York in which I, am held & have a pending case, ~~(am under arrest, am held)~~ and to waive trial in the above captioned District.

Dated: Nov. 27 20 18 at _____

_____
(Defendant)

_____
(Witness)

DAVID WIKSTROM
(Counsel for Defendants)

_____
(Assistant United States Attorney)

Approved

_____
United States Attorney for the
Eastern District of
New York

_____
United States Attorney for the
Southern District of
New York

A TRUE COPY
ATTEST
DATE 12-11 20 18
DOUGLAS C. PALMER
BY _____ CLERK
DEPUTY CLERK