UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                     No. 13-CR-0040-LTS
                                                            No. 18-CR-0892-LTS

JORGE ARIAS,

        Defendant.

-------------------------------------------------------x

## ORDER

The Court has received the parties' letters dated June 22, 2020, and June 29, 2020, regarding the necessity of continued sealing of these dockets and certain filings in them.

Having considered the parties' letters, the Court respectfully directs the Clerk of Court to unseal the following:

- The docket sheets in both above-captioned actions.

- In Case No. 13-CR-0040-LTS, the following filings and entries:

    o   The S1 Information dated March 7, 2014;

    o   The memorandum to the docket clerk dated March 7, 2014, regarding Mr. Arias's arraignment and guilty plea;

    o   The Court's Order regarding detention dated March 7, 2014;

    o   The Court's Order regarding sentencing dated February 27, 2019;

    o   The memorandum to the docket clerk dated May 7, 2019, regarding adjournment of sentencing;

    o   The memorandum to the docket clerk dated May 22, 2019, regarding Mr. Arias's sentence of time served;

    o   The Court's Judgment dated May 29, 2019; and

    o   The Court's Order dated May 22, 2019, discharging Mr. Arias from the custody of the U.S. Marshals.

- In Case No. 18-CR-0892-LTS, the following filings and entries:

    o   The memorandum to the docket clerk dated May 7, 2019, regarding adjournment of sentencing;

    o   The memorandum to the docket clerk dated May 22, 2019, regarding Mr. Arias's sentence of time served;

    o   The Court's Judgment dated May 29, 2019;

    o   The Court's Order dated May 22, 2019, discharging Mr. Arias from the custody of the U.S. Marshals; and

    o   The Court's Order of Forfeiture dated May 30, 2019.

Except as provided in this Order, all other filings in the above-captioned actions shall remain under seal, for the reasons provided in the parties' letters dated June 22, 2020, and June 29, 2020. The Court will file those letters under seal for the reasons stated therein.

The parties shall submit a joint letter demonstrating the continued necessity, if any, of sealing any remaining filings in these actions on or before May 1, 2021, and each November 1 and May 1 thereafter, until further order of the Court.

SO ORDERED.

Dated: New York, New York
October 29, 2020

\_\_/s/ Laura Taylor Swain\_\_\_\_
LAURA TAYLOR SWAIN
United States District Judge