UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                                                                                    No.  13-CR-40-LTS
                                                                                                                                                                  No.  18-CR-892-LTS

JORGE ARIAS,

         Defendant.

-------------------------------------------------------------x

<u>Scheduling Order</u>

The violation of supervised release hearing in this case is scheduled to proceed on January 11, 2023, at 9:30 a.m., in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

      SO ORDERED.

Dated: New York, New York
       January 5, 2023                             /s/ Laura Taylor Swain_____
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge