UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

UNITED STATES OF AMERICA

                                                  13-CR-00040-03 (LTS)
                                                  18-CR-00892-01 (LTS)

-against-

JORGE ARIAS,                                              **ORDER**

    Defendant.

-------------------------------------X

LAURA TAYLOR SWAIN, Chief United States District Judge:

        It is hereby **ORDERED** that, upon release from the thirty (30) day additional term of imprisonment imposed on February 8, 2023, the supervisee, Jorge Arias, will complete the first six (6) months of his supervised release term at the Residential Reentry Center (RRC).

    Dated: New York, New York
           February 8, 2023

                                                      **SO ORDERED:**

                                                    Laura Taylor Swain
                                       Chief United States District Judge