UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

       -v-                                                    No.  13-CR-40-LTS
                                                         No.  18-CR-892-LTS

JORGE ARIAS,

       Defendant.

-----------------------------------------------------------x

<u>Scheduling Order</u>

The violation of supervised release conference is scheduled to proceed on July 12, 2023, at 11:30 a.m., in Courtroom 17C.  The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

SO ORDERED.

Dated: New York, New York
       July 7, 2023

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge